### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANUEL AGUILAR,<br><br>        Plaintiff,<br>v.<br><br>THE REPUBLIC OF AUSTRIA and AUSTRIAN MISSION,<br><br>        Defendants. | Case No. 1:22-cv-02292 |

### **DEFENDANTS' NOTICE OF REMOVAL**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

Defendants, the Republic of Austria and Austrian Mission (hereinafter "Defendants"), by and through their undersigned attorneys, file the following Notice of Removal of Action pursuant to 28 U.S.C. §§ 1441(a) and 1332(a), and respectfully aver as follows:

1. On March 7, 2022, plaintiff filed a complaint against Defendants in the Supreme Court of the State of New York, Queens County.

2. The summons was served upon Defendants on March 21, 2022.

3. Under 28 U.S.C. 1441(d) "[a]ny civil action brought in state court against a foreign state as defined in section 1603(a) of this title may be removed by the foreign state to the district court of the United States for the district and division embracing the place where such action is pending."

4. Defendants are a foreign state, a political subdivision thereof, or an agency or instrumentality of a foreign state as defined by 28 U.S.C § 1603(a) of the Foreign Sovereign Immunities Act (FSIA).

5. This Notice of Removal is filed pursuant to 28 U.S.C. § 1446(b) and 1441(d).

6. Copies of the Summons and Complaint served upon Defendants are attached.

7. In accordance with 28 U.S.C. § 1446(d), Defendants are providing written notice of the filing of this Notice of Removal to plaintiff and filing a copy with the Supreme Court of the State of New York, Queens County.

11. For the reasons contained herein, Defendants respectfully pray this Court take jurisdiction of this action to its conclusion and final judgment, to the exclusion of any further proceedings in the Supreme Court of the State of New York, Queens County.

Dated: April 22, 2022

**Harnik Law Firm**

By: s/ [signature]
Stephen M. Harnik, Esq. (SH 9889)
*Attorneys for Defendants*
Chrysler East Building
666 Third Ave. 10th Floor
New York, NY 10017-4046
Tel: (212) 599-7575
Fax: (212) 867-8120
Email: stephen@harnik.com